IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON BUSHNELL,<br><br>        Plaintiff,<br><br>v.<br><br>TOYS "R" US - DELAWARE, INC.,<br><br>        Defendant. | Case No.  4: 10-CV-643-BLW<br><br>**JUDGMENT** |

    Pursuant to the Stipulation to Dismiss filed by the parties (docket no. 18), and finding good cause therefore,

    NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-entitled action be DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED:  **October 31, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**