IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| JASON BUSHNELL, | |
|---|---|
| Plaintiff, | Case No. 4: 10-CV-643-BLW |
| v. | **JUDGMENT** |
| TOYS "R" US - DELAWARE, INC., | |
| Defendant. | |

Pursuant to the Stipulation to Dismiss filed by the parties (docket no. 18), and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-entitled action be DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED: **October 31, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**